IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Kalishwar Das, ) | Civil Action No. 0:19-1290-JMC-PJG |
| )  Plaintiff, ) | |
| ) vs. ) | |
| ) | **DEFENDANT PUSHPA DISCOUNT** |
| Pushpa Inc., Rajesh Hassani, United States ) | **STORE, INC.'S ANSWERS TO** |
| Department of Labor, Wage and Hour ) | **LOCAL CIVIL RULE 26.01 (D.S.C.)** |
| Division, ) | **INTERROGATORIES** |
| ) | |
| Defendants. ) | |
| ) | |

Defendant Pushpa Discount Store, Inc. ("Defendant Pushpa"), improperly identified as Pushpa Inc., by and through its undersigned counsel, responds to Local Civil Rule 26.01 (D.S.C.) Interrogatories as follows:

**LOCAL CIVIL RULE 26.01 (D.S.C.) INTERROGATORIES**

(A)  State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER:** **Defendant Pushpa is not aware of any person or legal entity who may have a subrogation interest in Plaintiff's claims. However, Defendant Pushpa reserves its right to amend this response if it later discovers the existence of such an interest.**

(B)  As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:** **Plaintiff has requested a jury trial. Defendant Pushpa does not oppose Plaintiff's request for a trial by jury if the causes of action have not already been dismissed pursuant to any motion by Defendant Pushpa and are otherwise appropriate to be tried by a jury.**

(C) State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER: Defendant Pushpa is not a publicly-owned company. Defendant Pushpa is not a parent of any publicly-owned company. Defendant Pushpa does not own 10% or more of the outstanding shares in any publicly-owned company.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER: This action was properly removed to the division encompassing the state court where the action was originally filed.**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: Defendant Pushpa is not aware of any other action filed in this District related to this matter.**

(F)     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:** **Defendant Pushpa Discount Store, Inc. is improperly identified as Pushpa Inc.  Counsel for Defendant Pushpa will accept service of an amended summons and complaint reflecting the correct identification.**

(G)     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER:**     **At this time, Defendant Pushpa does not contend that another person or legal entity is liable.  Defendant Pushpa, however, expressly reserves the right to later identify a person or legal entity who may be liable to either Plaintiff or Defendant Pushpa upon discovery of such person or other legal entity.**

*(Signature Page Follows)*

Respectfully submitted,

ROBINSON GRAY STEPP & LAFFITTE, LLC

*s/ J. Michael Montgomery*
J. Michael Montgomery (FID 10290)
mmontgomery@robinsongray.com
Vordman Carlisle Traywick, III (FID 12483)
ltraywick@robinsongray.com
P.O. Box 11449
Columbia, South Carolina 29211
Phone: (803) 929-1400
Fax: (803) 929-0300

FISHER & PHILLIPS LLP

*s/ Matthew R. Korn*
Matthew R. Korn (FID 11579)
mkorn@fisherphillips.com
1320 Main Street, Suite 750
Columbia, South Carolina 29201
Phone: (803) 255-0000
Fax: (803) 255-0202

**ATTORNEYS FOR DEFENDANT PUSHPA DISCOUNT STORE, INC.**

Columbia, South Carolina
May 2, 2019